UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MILLER,

　　　　　　　　　Plaintiff,

　　- against -

TIME INC.,

　　　　　　　　　Defendant.

Docket No. 1:17-cv-4711

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Robert Miller ("Miller" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant Time Inc. ("Time" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.　　This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of medical examiners removing associate Judge Sheila Abdus-Salaam's body on a stretcher, owned and registered by Miller, a New York City-based photojournalist. Accordingly, Miller seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.　　This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.　　This Court has personal jurisdiction over Defendant because Defendant resides in and/or is doing business in New York.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5.     Miller is a professional photojournalist in the business of licensing his photographs to online, print, and television stations for a fee, having a usual place of business at 301 West 118th Street, Unit 5K, New York, New York 10026. His photographs have appeared in galleries and exclusive collections and his work has been published around the world.

6.     Upon information and belief, Time is a foreign business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 225 Liberty Street, New York, New York 10281. Upon information and belief, Time is registered with the New York Department of State, Division of Corporations to do business in the State of New York.  At all times material hereto, Time has owned and operated a website at the URL: www.peopleenespanol.com (the "Website").

**STATEMENT OF FACTS**

**A.     Background and Plaintiff's Ownership of the Photograph**

7.     Miller photographed medical examiners removing associate Judge Sheila Abdus-Salaam's body on a stretcher (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.     Miller is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.     The Photograph has a pending application with the United States Copyright Office and was given pending number 1-4855712079.  See Exhibit B.

10.     The fee has been paid the work has been deposited with the Copyright Office.

**B.** **Defendant's Infringing Activities**

11.    Upon information and belief, on or about April 13, 2017, Time ran an article on

the Website entitled *Encuentran muerta en el río Hudson a la primera jueza musulmana de*

*Estados Unidos*. See http://peopleenespanol.com/noticias/encuentran-muerta-jueza-sheila-abdus-

salaam-en-nueva-york/. The article prominently featured the Photograph in a video. A true and

correct copy of the Photograph in the video on the article is attached hereto and on a CD as

Exhibit C.

12.    Time did not license the Photograph from Plaintiff for its article, nor did Time

have Plaintiff's permission or consent to publish the Photograph on its Website.

<u>CLAIM FOR RELIEF</u>
<u>(COPYRIGHT INFRINGEMENT AGAINST TIME)</u>
**(17 U.S.C. §§ 106, 501)**

13.    Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-12 above.

14.    Time infringed Plaintiff's copyright in the Photograph by reproducing and

publicly displaying the Photograph on the Website. Time is not, and has never been, licensed or

otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

15.    The acts of Defendant complained of herein constitute infringement of Plaintiff's

copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the

Copyright Act, 17 U.S.C. §§ 106 and 501.

16.    Upon information and belief, the foregoing acts of infringement by Time have

been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's

rights.

17.     As a direct and proximate cause of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover his damages and defendant's profits pursuant to 17 U.S.C. § 504(b).

18.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19.     Plaintiff further is entitled to recover his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant Time be adjudged to have infringed upon Plaintiff's copyright in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.     That Plaintiff be awarded his costs, expenses and attorney's fees pursuant to 17 U.S.C. § 505;

5.     That Plaintiff be awarded pre-judgment interest; and

6.     Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).


Dated:    Valley Stream, New York
          June 21, 2017

                                             LIEBOWITZ LAW FIRM, PLLC

                                             By: /s/Richard Liebowitz
                                               Richard P. Liebowitz
                                                 11 Sunrise Plaza, Suite 305
                                               Valley Stream, New York 11580
                                               Telephone: (516) 233-1660
                                               RL@LiebowitzLawFirm.com

                                             *Attorney for Plaintiff Robert Miller*